**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:25-CR-00033-GNS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**

**NATHAN WOODCOCK**                                                                   **DEFENDANT**

### CORRECTED NOTICE OF ENTRY OF APPEARANCE

Comes now Hon. Dennie Hardin, and hereby enters his appearance as Counsel of Record on behalf of the Defendant, Nathan Woodcock.

This the 7th day of July, 2025.

                                      Respectfully submitted,

                                      Dennie Hardin
                                      Counsel for the Defendant

                                      */s/ Hon. Dennie Hardin*
                                      Dennie Hardin
                                      Dennie Hardin and Associates
                                      139 East 10th Avenue
                                      POB 1407
                                      Bowling Green, KY 42102
                                      Phone: (270) 783 0070
                                      Fax:    (270) 783 0066
                                      Email: dennie@denniehardin.com