UNITED STATES DISTRICT COURT
Western District of Kentucky

FILED
JAMES J. VILT, JR., CLERK
AUG 21 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# EXHIBIT INVENTORY

Case Number: 1:25-cr-33-GNS-1
Received from: DeAnna Whitney

Style of Case  USA v. Woodcock
Received by: [signature] Kim [illegible]

Proceedings: Motion Hearing
Date: August 21, 2025

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| USA. Exh 1 | SEALED EXHIBIT | | |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
**DATE:** _____ **RETURNED BY:** _____, Deputy Clerk