UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO. 1:25-CR-00033-GNS

NATHAN WOODCOCK DEFENDANT

**ORDER FOR LEAVE FOR UNITED STATES TO FILE A SURREPLY**

***– Electronically Filed –***

Upon motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the United States has leave to submit a Surreply in connection with the Defendant's Motion to Compel Discovery.

August 27, 2026

**H. Brent Brennenstuhl**
**United States Magistrate Judge**